# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH R. TOMELLERI, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK PATTERSON d/b/a WHEATON'S LODGE, <br><br> and <br><br> SANDY PATTERSON d/b/a WHEATON's LODGE <br><br> Defendant. | Case No. <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Joseph R. Tomelleri ("Plaintiff"), by through his counsel of record, and for his complaint against Defendant Patrick Patterson d/b/a Wheaton's Lodge and Sandy Patterson d/b/a Wheaton's Lodge ("Defendants") states as follows:

### JURISDICTION AND VENUE

1. This claim is brought pursuant to 17 U.S.C. § 101, *et seq.*, for copyright infringement.

2. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this case arises under the copyright laws of the United States. (17 U.S.C. § 101 et seq.).

3. This Court has personal jurisdiction over Defendant because Defendants reside in Maine and maintain a lodge in Maine which gave rise to the claims of this Complaint.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) because Defendants are located in this judicial district.

## PARTIES

5. Plaintiff is an adult individual and a resident of the State of Kansas.

6. Defendant Patrick Patterson is an adult individual doing business as Wheaton's Lodge in Maine

7. Defendant Sandy Patterson is an adult individual doing business as Wheaton's Lodge in Maine.

8. Defendants may both be served at their business address of 22 Grove Road, Forest City Township, Maine 04413.

## TOMELLERI'S BACKGROUND AND WORKS

9. Plaintiff is an artist and a trained biologist who has spent most of his working life collecting, studying, and illustrating North American fish species.

10. Over a thirty plus (30+) year career, Plaintiff has created over one thousand (1,000) hand drawn illustrations of fish in various life cycles. The illustrations include over nine hundred (900) unique species.

11. Plaintiff's illustrations are used by scientists all over the world, and he is recognized as one of the world's preeminent fresh water fish illustrators.

12. For each illustration, Plaintiff puts in many hours observing, researching, and collecting fish species in the field to prepare for drawing the illustration. Then, drawing the illustration takes Plaintiff many more hours.

13. Plaintiff's illustrations have been published in many scientific studies, journals, books, magazines, and fish identification guides. Ichthyologists often use Plaintiff's illustrations to help better understand fish and their changing ecosystems. They value Plaintiff's hand-drawn work over

photographs because of Plaintiff's technique in depicting color patterns, fin arrangements and other significant diagnostic characteristics of a particular fish species in a particular life cycle.

14. Plaintiff's work is identifiable by a standard "left-lateral" view, using Prismacolor as the primary medium.

15. Plaintiff uses information gained from observing the fish in addition to his own skill and judgment to create illustrations which capture the significant diagnostic characteristics of each fish.

16. Plaintiff is the sole owner and proprietor of all rights, titles, and interest in, and to, the copyrights for illustrations for a number and variety of fish that are at issue in this case (the "Illustrations").

17. Plaintiff is and always has been the exclusive owner of all of his Illustrations.

18. Each of the Illustrations is covered by a copyright registration owned by Plaintiff.

19. The following table individually lists each of Plaintiff's Illustrations at issue and the corresponding registration information.

| No. | Illustration | Reg. # | Reg. Date |
| --- | --- | --- | --- |
| 1 | Atlantic Salmon, landlocked | VA1 163 619 | 11/05/2002 |
| 2 | Smallmouth Bass | VA1 799 485 | 05/26/2011 |

## DEFENDANT'S CONDUCT

20. Defendant owns and operates a group of fishing lodges and cottages near East Grand Lake, Maine (the "Lodge").

21. The Lodge was named one of North America's top 25 fishing lodges by Field and Stream magazine in 2007.

22. In order to advertise and promote the Lodge, Defendant owns and operates a website with the URL address www.wheatonslodge.com (the "Website").

23. The Website advertises the Lodge as "one of Maine's favorite fishing camps!"

24. The Website also states the Lodge's "smallmouth bass and landlocked salmon fishing are legendary."

25. Upon information and belief, the Website is distributed nationwide and viewable by any individual with internet access.

26. The Website is used by Defendant for commercial purposes and Defendants derive revenue from the Website.

27. Plaintiff discovered that Defendant, without authorization, reproduced and displayed at least two (2) of his original works or their derivatives on the Website – to wit, the Illustrations.

28. Defendant modified the Illustrations, creating derivative works of the Illustrations.

29. The Illustrations are that of a smallmouth bass and landlocked salmon.

30. The Illustrations or derivatives thereof were used to advertise the Lodge's "legendary" smallmouth bass and landlocked salmon fishing.

31. Upon information and belief, the Illustrations on the Website were viewed by individuals all over the country.

32. Defendant derived revenue from its infringing use of the Illustrations, including booking additional Lodge guests due to advertising containing the Illustrations.

## COUNT I - COPYRIGHT INFRINGEMENT
### (17 U.S.C. § 501)

33. Plaintiff restates the allegations contained in the preceding paragraphs as if fully set forth herein.

34. Plaintiff has valid copyrights and copyright registrations for each of the Illustrations.

35. Defendants have infringed Plaintiff's copyrights in his Illustrations by preparing derivative works based upon the Illustrations.

36. Defendants have infringed Plaintiff's copyrights in his Illustrations by reproducing, distributing, and publically displaying unauthorized copies of the Illustrations and/or derivatives thereof.

37. To the extent that Defendants do not acknowledge copying the Illustrations, Defendants had access to the Illustrations and the images used by Defendants are strikingly similar to the Illustrations.

38. As a result of Defendants' above-described acts of copyright infringement, Plaintiff has sustained damages including lost licensing revenue in an amount not yet ascertained, and profits that should be disgorged to Plaintiff.

## **PRAYER FOR RELIEF**

WHEREFORE, for the reasons stated above, Plaintiff prays for judgment against Defendants as follows:

a. Under 17 U.S.C. § 502, grant temporary and final injunctions on such terms as it deems reasonable to prevent or restrain infringement of Plaintiff's copyright.

b. Under 17 U.S.C. § 503, order the impounding and ultimately destruction, on such terms as it may deem reasonable, of any records or material involved in Defendants' copyright infringement.

c. Under 17 U.S.C. § 504, award Plaintiff's actual damages and any additional profits of Defendant, or, if Plaintiff so elects before judgment is entered, award statutory damages up to $150,000 per work infringed.

d. Under 17 U.S.C. § 505, award costs to Plaintiff;

e. Under 17 U.S.C. § 505, as the prevailing party in a Copyright lawsuit, award to Plaintiff reasonable attorney's fees.

f. Awarding Plaintiff all available pre-judgment and post-judgment interest on all

amounts of any judgment; and

      g. Grant to Plaintiff such further relief as may be equitable and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

**EATON PEABODY**

*/s/ Bernard J. Kubetz, Esq.*
Bernard J. Kubetz
Christopher T. Uphouse
80 Exchange Street
P.O. Box 1210
Bangor, ME 04402-1210
Telephone: (207) 947-0111
Facsimile: (207) 942-3040
Email: bkubetz@eatonpeabody.com

and

**EVANS & DIXON, LLC**

*/s/ Scott J. Strohm, Esq.*
Scott J. Strohm
Corporate Woods | Building 82
10851 Mastin Boulevard, Suite 900
Overland Park, KS 66210
Telephone: 913-701-6810
Facsimile: 913-341-2293
Email: copyright@evans-dixon.com

**ATTORNEYS FOR PLAINTIFF**